USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _August 24, 2021_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**CHRISTOPHER GROSS,** :
:
:
**Plaintiff,** :
: **21-CV-5589 (ALC)**
-against- :
: **ORDER**
**LOANCARE LLC ET AL,** :
:
**Defendants.** :
:
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

     Defendant Loancare LLC requests a pre-motion conference in anticipation of a motion to dismiss. (ECF No. 15.) Plaintiff shall respond to Defendant's request and arguments by August 31, 2021.

**SO ORDERED.**

**Dated:  August 24, 2021**
         **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**